**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**EASTERN DISTRICT OF NEW YORK** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>MATTHEWS, HECTOR | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br> aka HECTOR R. MATTHEWS, HECTOR ROMAN<br>MATTHEWS, DBA THE SPORTS SPECTRUM | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 2993 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br> 216 WAKEMAN PLACE<br> BROOKLYN, NY  11220 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   Brooklyn (Kings) | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney:  Jeffrey B. Peltz,<br>Jeffrey B. Peltz, PC<br>26 Court Street, Suite 2707<br>Brooklyn, NY 11242  ph: (718) 625-0800 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)  ☐ Railroad<br>☐ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other _____  ☐ Clearing Bank | ☑ Chapter 7  ☐ Chapter 11  ☐ Chapter 13<br>☐ Chapter 9  ☐ Chapter 12 |
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business  ☐ Business | |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b).  See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

**(Official Form 1) (12/03)**                                                                  FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>HECTOR MATTHEWS |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:    NONE | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:    NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ HECTOR MATTHEWS
Signature of Debtor

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
   OCTOBER 14, 2005
Date

**Signature of Attorney**

X   /s/ Jeffrey B. Peltz
Signature of Attorney for Debtor(s)

JEFFREY B. PELTZ
Printed Name of Attorney for Debtor(s)

Jeffrey B. Peltz, PC
Firm Name
26 Court Street, Suite 2707
Address
Brooklyn, NY 11242

(718) 625-0800
Telephone Number
OCTOBER 14, 2005
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐   Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   /s/ Jeffrey B. Peltz                          OCTOBER 14, 2005
Signature of Attorney for Debtor(s)                Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.
☑   No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## EASTERN DISTRICT OF NEW YORK

HECTOR MATTHEWS

In re _____    Case No. _____
                    Debtor                                    (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A  -  Real Property | YES | 1 | $          0 | | |
| B  -  Personal Property | YES | 4 | $      5,825 | | |
| C  -  Property Claimed As Exempt | YES | 1 | | | |
| D  -  Creditors Holding Secured Claims | YES | 1 | | $     10,662 | |
| E  -  Creditors Holding Unsecured Priority Claims | YES | 2 | | $        510 | |
| F  -  Creditors Holding Unsecured Nonpriority Claims | YES | 9 | | $     84,443 | |
| G  -  Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H  -  Codebtors | YES | 1 | | | |
| I  -  Current Income of Individual Debtor(s) | YES | 1 | | | $     2,833 |
| J  -  Current Expenditures of Individual Debtor(s) | YES | 1 | | | $     2,833 |
| Total Number of Sheets in ALL Schedules ▶ | | 22 | | | |
| Total Assets ▶ | | | 5,825 | | |
| Total Liabilities ▶ | | | | 95,615 | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30358

FORM B6A
(6/90)

In re   HECTOR MATTHEWS _____    Case No. _____
                    Debtor                                                    (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | | Total ▶  0 | |

**(Report also on Summary of Schedules)**

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

FORM B6B
(10/89)

HECTOR MATTHEWS

In re _____    Case No. _____
                        Debtor                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G- Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | CASH ON HAND<br><br>DEBTOR'S PERSON/RESIDENCE | | 50 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCOUNT<br><br>DEBTOR'S BANK( COMMERCE BANK) | | 200 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | SECURITY DEPOSIT<br><br>DEBTOR'A LANDLORD | | 1,500 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | MISC. HOUSEHOLD GOODS/FURNISHINGS<br><br>DEBTOR'S RESIDENCE | | 700 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30358

FORM B6B
(10/89)

In re HECTOR MATTHEWS

Case No. _____

Debtor                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | MISC. CLOTHINGS<br><br>DEBTOR'S PERSON/RESIDENCE | | 250 |
| 7.   Furs and jewelry. | | MISC. JEWELRY<br><br>DEBTOR'S PERSON/RESIDENCE | | 80 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |
| 16.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

FORM B6B
(10/89)

In re HECTOR MATTHEWS _____    Case No. _____
                              Debtor                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 21.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Chrysler PT Cruiser Sport 4-D    DEBTOR'S POSSESSION | | 3,045 |
| 24.  Boats, motors, and accessories. | X | | | |
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings, and supplies. | X | | | |
| 27.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28.  Inventory. | X | | | |
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested.  Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |

FORM B6B
(10/89)

In re  HECTOR MATTHEWS _____    Case No. _____
           Debtor                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

_0_ continuation sheets attached      Total ▶ | $ | 5,825

**(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)**

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

FORM B6C
(6/90)

HECTOR MATTHEWS

In re _____    Case No._____
                        Debtor                                                                              (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. §522(b)(1)   Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| CASH ON HAND | NY Debt & Cred Law § 283(2) | 50 | 50 |
| SECURITY DEPOSIT | NY Civ Prac Law & Rules § 5205(g) | 1,500 | 1,500 |
| MISC. HOUSEHOLD GOODS/FURNISHINGS | NY Civ Prac Law & Rules § 5205(a)(5) | 700 | 700 |
| MISC. CLOTHINGS | NY Civ Prac Law & Rules § 5205(a)(5) | 250 | 250 |
| MISC. JEWELRY | NY Civ Prac Law & Rules § 5205(a)(5) | 80 | 80 |
| 2001 Chrysler PT Cruiser Sport 4-D | NY Debt & Cred Law § 282(iii)(1) | 0 | 3,045 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

Form B6D
(12/03)

In re _____,        Case No. _____
HECTOR MATTHEWS

            **Debtor**                                                 **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SOVEREIGN BANK<br>P.O. BOX 12646<br>READING, PA 19612 | | | Lien: Car Loan<br>Security: 2001 Chrysler PT Cruiser Sport 4-D<br>RETAIN, KEEP CURRENT<br><br>VALUE $       3,045 | | | | 10,662 | 7,617 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

0 _____continuation sheets attached

            Subtotal ➤     $     10,662
       (Total of this page)
              Total ➤     $     10,662
    (Use only on last page)
        (Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

Form B6E
(04/04)

In re <u>HECTOR MATTHEWS</u>_____,        Case No._____
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

　　* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

Form B6E - Cont.
(04/04)

HECTOR MATTHEWS

In re _____,    Case No. _____

**Debtor**    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & Debts to Governments

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  447562993 <br><br> NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE QUEENS DISTRICT OFFICE KEW GARDENS, NY 11415 | | | Incurred: 2003 <br> 2003 STATE TAXES OWED | | | | 510 | 510 |
| ACCOUNT NO.  447562993 <br><br> STATE OF NEW YORK OFFICE OF THE ATTORNEY GENERAL 120 BROADWAY NEW YORK, NY 10271 | | | REPRESENTING NY STATE DEPT. OF TAXATION AND FINANCE | | | | Notice Only | Notice Only |
| ACCOUNT NO. <br><br><br> | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ | $ | 510
(Total of this page)

Total ➤ | $ | 510
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

Form B6F (12/03)

In re _____,
         **HECTOR MATTHEWS**

            **Debtor**

Case No. _____

            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary  of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4465680500611701<br><br>ALLEN & ROSENTHAL<br>111 LIVINGSTON STREET 11th FLOOR<br>BROOKLYN, NY 11201 | | | Consideration: Credit card debt<br>ATTORNEYS REPRESENTING PROVIDIAN | | | | Notice Only |
| ACCOUNT NO.  371271509523005<br><br>AMERICAN EXPRESS<br>C/O BECKETT AND LEE LLP<br>PO BOX 3024<br>MALVERN, PA 19355-0701 | | | Consideration: Credit card debt<br>AMERICAN EXPRESS BANKRUPTCY DEPARTMENT | | | | Notice Only |
| ACCOUNT NO.  371271509523005<br><br>AMERICAN EXPRESS<br>PO BOX 360002<br>FT LAUDERDALE FL 33336-0002 | | | Incurred: 1996-2001<br>Consideration: Credit card debt<br>CREDIT CARD PURCHASES | | | | 7,178 |
| ACCOUNT NO.  371271509522007<br><br>AMERICAN EXPRESS<br>PO BOX 360002<br>FT LAUDERDALE FL 33336-0002 | | | Incurred: 1996-2001<br>Consideration: Credit card debt<br>CREDIT CARD PURCHASES | | | | 4,105 |

_____8_____ continuation sheets attached

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

$      11,283

$

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

Form B6F - Cont.
(12/03)

HECTOR MATTHEWS

In re _____,    Case No. _____
                  **Debtor**                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CG8890987594793 <br><br> ARROW FINANCIAL SERVICES <br> PO BOX 469005 <br> CHICAGO IL 60646-9005 | | | Consideration: Credit card debt <br> COLLECTION AGENCY FOR <br> MONOGRAM BANK (JC PENNEY) | | | | Notice Only |
| ACCOUNT NO. 0047757067 <br><br> AT&T WIRELESS <br> 16331 NE 72ND WAY <br> REDMOND, WA 98052 | | | Incurred: 2004 <br> CELL PHONE BILL | | | | 671 |
| ACCOUNT NO. 11235863/11235864 <br><br> BANK OF AMERICA <br> PO BOX 45224 <br> JACKSONVILLE, FL 32232-5224 | | | Incurred: 1978-1980 <br> Consideration: Credit card debt <br> CREDIT CARD PURCHASES | | | | 6,065 |
| ACCOUNT NO. 11235863/11235864 <br><br> CAPITAL ACQUISITIONS & MANAGEMENT COMPANY <br> PO BOX 5087 <br> ROCKFORD IL 61125-0087 | | | Consideration: Credit card debt <br> COLLECTION AGENCY FOR BANK OF AMERICA | | | | Notice Only |
| ACCOUNT NO. 4121741486949576 <br><br> CAPITAL ONE <br> (BANKRUPTCY DEPARTMENT) <br> PO BOX 85167 <br> RICHMOND, VIRGINIA 23285-5167 | | | Incurred: 1999-2001 <br> Consideration: Credit card debt <br> CREDIT CARD PURCHASES | | | | 59 |

Sheet no. 1 of 8 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      6,795
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

Form B6F - Cont.
(12/03)

HECTOR MATTHEWS

In re _____,    Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7671131012421216<br><br>CHASE<br>PO BOX 15583<br>WILMINGTON, DE 19886-1194 | | | Incurred: 1996-2003<br>Consideration: Credit card debt<br>CHECKING ACCOUNT OVERDRAFT | | | | 6,151 |
| ACCOUNT NO. 514801299<br><br>CITIBANK<br>PO BOX 790114<br>ST LOUS, MO 63179-0114 | | | Incurred: 1998-2001<br>Consideration: Credit card debt<br>CREDIT CARD PURCHASES | | | | 491 |
| ACCOUNT NO. 0006498925<br><br>COLLECTECH SYSTEMS INC.<br>CONSUMER SERVICE DEPARTMENT<br>PO BOX 4157<br>WOODLAND HILLS CA 91365 | | | Consideration: Credit card debt<br>COLLECTION AGENCY FOR SPRINT PCS | | | | Notice Only |
| ACCOUNT NO. 0234601900035141<br><br>COLONIAL CREDIT, LLC<br>207 QUAKER LANE<br>WEST WARWICK, RI 02893 | | | COLLECTION AGENCY FOR HOUSEHOLD BANK | | | | Notice Only |
| ACCOUNT NO. 4465680500611701<br><br>COLORADO CAPITAL INVESTMENTS, INC.<br>305 NORTHEAST LOOP 820, STE. 404<br>HURST, TX 76053 | | | Consideration: Credit card debt<br>COLLECTION AGENCY FOR PROVIDIAN | | | | Notice Only |

Sheet no. _2_ of _8_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

                Subtotal➤  $      6,642
(Total of this page)
                    Total➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

Form B6F - Cont.
(12/03)

HECTOR MATTHEWS

In re _____,   Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  50370049590<br><br>COLUMBIA HOUSE<br>PO BOX 1114-1400 N.<br>FRUITRIDGE AVENUE<br>TERRE HAUTE IN 47811 | | | Incurred: 2000<br>Consideration: Credit card debt<br>RETAIL STORE PURCHASES | | | | 83 |
| ACCOUNT NO.  4168100018843753<br><br>CREDIGY RECEIVABLES<br>3950 JOHNS CREEK CT STE<br>SUWANEE, GA 30024 | | | Incurred: 1996-2001<br>ASSIGNEE OF DISCOVER | | | | 23,881 |
| ACCOUNT NO.  5458004506262383<br><br>DIRECT MERCHANTS BANK<br>(DELINQUENT ACCOUNT PROCESSING)<br>PO BOX 550680<br>JACKSONVILLE, FL 32255-4150 | | | Incurred: 2000-2001<br>RETAIL STORE PURCHASES | | | | 653 |
| ACCOUNT NO.  4168100018843753<br><br>DISCOVER<br>PO BOX 15251<br>WILMINGTON, DE 19886-5251 | | | Consideration: Credit card debt<br>ASSIGNOR TO CREDIGY<br>RECEIVABLES, INC. | | | | Notice Only |
| ACCOUNT NO.  7671131012421216<br><br>FIRST RESOLUTION INVESTMENT CORP.<br>PO BOX 34000<br>SEATTLE, WA 98124-1000<br>REF # 94769 | | | Consideration: Credit card debt<br>COLLECTION AGENCY FOR CHASE | | | | Notice Only |

Sheet no. _3_ of _8_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $        24,617
(Total of this page)
Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

Form B6F - Cont.
(12/03)

HECTOR MATTHEWS

In re _____,    Case No. _____
            **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0047757067 <br><br> GC SERVICES LIMITED PARTNERSHIP COLLECTION AGENCY DIVISION 6330 GULFTON HOUSTON, TX 77081 | | | COLLECTION AGENCY FOR AT&T WIRELESS | | | | Notice Only |
| ACCOUNT NO.  268838 <br><br> GOLD KEY LEASE, INC 580 WHITE PLAINS RD. 5TH FLOOR TARRYTOWN, NY 10591 | | | Incurred: 1999 CAR LOAN DEFICENCY | | | | 17,790 |
| ACCOUNT NO.  0234601900035141 <br><br> HOUSEHOLD (BANKRUPTCY DEPARTMENT) PO BOX 9055 BRANDON, FL 33509 | | | Incurred: 1996-2001 Consideration: Credit card debt CREDIT CARD PURCHASES | | | | 5,048 |
| ACCOUNT NO.  371271509523005 <br><br> LAW OFFICE OF MITCHELL N. KAY PO BOX 9006 SMITHTOWN NY 11787-9006 REF # 49015182-11 | | | ATTORNEY REPRESENTING AMERICAN EXPRESS | | | | Notice Only |
| ACCOUNT NO.  4465680500611701 <br><br> LENAHAN LAW OFFICE PO BOX 990 BUFFALO, NY 14207 REF # 150765 | | | ATTORNEY REPRESENTING PROVIDIAN | | | | Notice Only |

Sheet no. __4__ of _8__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 22,838
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

Form B6F - Cont.
(12/03)

HECTOR MATTHEWS

In re _____,        Case No. _____
                                   **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 42230120603<br><br>MACY'S<br>PO BOX 8135<br>MASON, OH 45040 | | | Incurred: 1998-1999<br>Consideration: Credit card debt<br>RETAIL STORE PURCHASES | | | | 663 |
| ACCOUNT NO. CG8890987594793<br><br>MONOGRAM BANK<br>(JC PENNEY)<br>P.O. BOX 981133<br>EL PASO, TX 79998-1133 | | | Incurred: 1998-2001<br>Consideration: Credit card debt<br>RETAIL STORE PURCHASES | | | | 2,789 |
| ACCOUNT NO. 5121071715430827<br><br>MRS ASSOCIATES INC<br>3 EXECUTIVE CAMPUS, SUITE 400<br>CHERRY HILL NJ 08002<br>REF # 4415852 | | | COLLECTION AGENCY FOR SEARS | | | | Notice Only |
| ACCOUNT NO. 5458004506262383<br><br>NATIONAL ASSET MANAGEMENT ENTERPRISES, INC<br>PO BOX 724747<br>ATLANTA, GA 31139 | | | COLLECTION AGENCY FOR DIRECT MERCHANTS BANK | | | | Notice Only |
| ACCOUNT NO. 50370049590<br><br>NCO FINANCIAL SYSTEMS II LLC<br>PO BOX 8180, DEPT 07<br>PHILADELPHIA, PA 19101-8180 | | | COLLECTION AGENCY FOR COLUMBIA HOUSE COMPANY | | | | Notice Only |

Sheet no. _5_ of _8_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 3,452
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

HECTOR MATTHEWS

In re _____,        Case No. _____
                **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 514801299 <br><br> NORTHLAND GROUP, INC. <br> 7831 GLENROY RD. SUITE # 350 <br> EDINA, MN  55439 <br> REF # F3037361 | | | COLLECTION AGENCY FOR CITIBANK | | | | Notice Only |
| ACCOUNT NO. 42230120603 <br><br> NORTHLAND GROUP, INC. <br> 7831 GLENROY RD. SUITE # 350 <br> EDINA, MN  55439 <br> REF # F6479363 | | | Consideration: Credit card debt <br> COLLECTION AGENCY FOR MACY'S | | | | Notice Only |
| ACCOUNT NO. 5121071715430827 <br><br> PIONEER CREDIT RECOVERY INC. <br> SUITE 29 <br> 2221 NIAGARA FALLS BLVD. <br> NIAGARA FALLS NY 14304-5717 | | | COLLECTION AGENCY FOR SEARS | | | | Notice Only |
| ACCOUNT NO. 4465680500611701 <br><br> PROVIDIAN <br> P.O. BOX 99604 <br> ARLINGTON TX 76096-9604 | | | Incurred: 1997-2001 <br> Consideration: Credit card debt <br> CREDIT CARD PURCHASES | | | | 7,048 |
| ACCOUNT NO. 268838 <br><br> RUBIN & ROTHMAN, LLC <br> 1787 VETERANS HIGHWAY <br> ISLANDIA  NY  11749 | | | ATTORNEY REPRESENTING GOLD KEY LEASE, INC | | | | Notice Only |

Sheet no. _6_ of _8_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal ➤ | $ | 7,048
                                     (Total of this page)
                                              Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

Form B6F - Cont.
(12/03)

HECTOR MATTHEWS

In re _____,    Case No. _____
          **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5121071715430827 <br> SEARS <br> COLLECTION DEPARTMENT <br> PO BOX 182532 <br> COLUMBUS, OH 43218-2532 | | | Incurred: 1996-2002 <br> Consideration: Credit card debt <br> RETAIL STORE PURCHASES | | | | 1,242 |
| ACCOUNT NO. 0006498925 <br> SPRINT PCS <br> P.O. BOX 8077 <br> LONDON, KY 40742 | | | Incurred: 2002-2003 <br> CELL PHONE BILL | | | | 526 |
| ACCOUNT NO. 4168100018843753 <br> STEWART & ASSOCIATES, PC. <br> PO BOX 723848 <br> ATLANTA, GA 31139 | | | Consideration: Credit card debt <br> ATTORNEY REPRESENTING CREDIGY RECEIVABLES, INC. | | | | Notice Only |
| ACCOUNT NO. 268838 <br> SUNRISE CREDIT SERVICES <br> 2174 JACKSON AVENUE <br> SEAFORD NY 11783 | | | Consideration: Credit card debt <br> COLLECTION AGENCY FOR GOLD KEY LEASE, INC | | | | Notice Only |
| ACCOUNT NO. 0234601900035141 <br> WOLPOFF & ABRAMSON LLP <br> TWO IRVINGTON CENTRE <br> 702 KING FARM BLVD. <br> ROCKVILLE, MARYLAND 20850-5775 | | | Consideration: Credit card debt <br> ATTORNEY REPRESENTING HOUSEHOLD BANK | | | | Notice Only |

Sheet no. 7 of 8 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  1,768
(Total of this page)
Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

HECTOR MATTHEWS

In re _____,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5458004506262383 <br><br> WORLDWIDE ASSET MANAGEMENT, LLC <br> PO BOX 672047 <br> MARIETTA GA 30006 | | | COLLECTION AGENCY FOR DIRECT MERCHANTS BANK | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __8__ of __8__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $                0

(Total of this page)

Total ► $        84,443

(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

FORM B6G
(10/89)

HECTOR MATTHEWS

In re _____          Case No. _____
                        Debtor                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

FORM B6H
(6/90)

HECTOR MATTHEWS

In re _____          Case No. _____
                        Debtor                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I
12/03

HECTOR MATTHEWS

In re_____ ,                Case No._____
                        Debtor                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status:<br><br>Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP<br><br>No dependents | AGE |

| **Employment:**<br>Occupation | DEBTOR<br>SELF EMPLOYER (HEALTH AND SAFETY TRAINNING) | SPOUSE |
|---|---|---|
| Name of Employer | 216 WAKEMAN PLACE | |
| How long employed | 7 YEARS | |
| Address of Employer | BROOKLYN, NY  11220 | N.A. |

**Income:** (Estimate of average monthly income)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | | $ 833 | $ | N.A. |
| Estimated monthly overtime | | $ 0 | $ | N.A. |
| SUBTOTAL | | $ 833 | $ | N.A. |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | | $ 0 | $ | N.A. |
| b. Insurance | | $ 0 | $ | N.A. |
| c. Union Dues | | $ 0 | $ | N.A. |
| d. Other (Specify:_____ ) | | $ 0 | $ | N.A. |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0 | $ | N.A. |
| TOTAL NET MONTHLY TAKE HOME PAY | | $ 833 | $ | N.A. |
| Regular income from operation of business or profession or farm (attach detailed statement) | | $ 0 | $ | N.A. |
| Income from real property | | $ 0 | $ | N.A. |
| Interest and dividends | | $ 0 | $ | N.A. |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0 | $ | N.A. |
| Social security or other government assistance (Specify) _____ | | $ 0 | $ | N.A. |
| Pension or retirement income | | $ 0 | $ | N.A. |
| Other monthly income (Specify) _____ GIRL FRIEND SUPPORTS | | $ 2,000 | $ | N.A. |
| TOTAL MONTHLY INCOME | | $ 2,833 | $ | N.A. |

TOTAL COMBINED MONTHLY INCOME          $ 2,833                (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

FORM B6J
(6/90)

HECTOR MATTHEWS

In re _____ ,    Case No. _____
                        Debtor                                            (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

   Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,500 |
| Are real estate taxes included?        Yes _____   No  ✓ | |
| Is property insurance included?        Yes _____   No  ✓ | |
| Utilities     Electricity and heating fuel | $ 45 |
|         Water and sewer | $ 0 |
|         Telephone | $ 80 |
|         Other    Cable TV / Internet | $ 45 |
| Home maintenance (Repairs and upkeep) | $ 0 |
| Food | $ 200 |
| Clothing | $ 10 |
| Laundry and dry cleaning | $ 30 |
| Medical and dental expenses | $ 50 |
| Transportation (not including car payments) | $ 80 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 10 |
| Charitable contributions | $ 3 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|         Homeowner's or renter's | $ 0 |
|         Life | $ 0 |
|         Health | $ 0 |
|         Auto | $ 255 |
|         Other _____ | $ 0 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ 0 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|         Auto | $ 525 |
|         Other _____ | $ 0 |
|         Other _____ | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 |
| Payments for support of additional dependents not living at your home | $ 0 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0 |
| Other _____ | $ 0 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)    $ 2,833

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ N.A. |
| B.  Total projected monthly expenses | $ N.A. |
| C.  Excess income (A minus B) | $ N.A. |
| D.  Total amount to be paid into plan each    N.A. | $ N.A. |
|                            (interval) | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 30358

Official Form 6-Cont.
(12/03)

In re   HECTOR MATTHEWS

_____ ,       Case No. _____

                        Debtor                                                 (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of           23

sheets and that they are true and correct to the best of my knowledge, information and belief.        (Total shown on summary page plus 1)

Date   OCTOBER 14, 2005 _____      Signature   /s/ HECTOR MATTHEWS _____

                                                                      Debtor

Date _____      Signature         Not Applicable _____

                                                   (Joint Debtor, if any)

                                        [If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____      _____

Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No.
                                              (Required by 11 U.S.C. § 110(c).)

_____

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____      _____

Signature of Bankruptcy Petition Preparer                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Form B8 (Official Form 8)
(12/03)

# Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NEW YORK

In re    HECTOR MATTHEWS _____ ,

Debtor

Case No. _____

Chapter    **Chapter 7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a.  Property to Be Surrendered.*

   **Description of Property**                                  **Creditor's name**

NONE

   *b.  Property to Be Retained.*                              *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Property will be retained, original debt will be kept current |
|---|---|:---:|:---:|:---:|:---:|
| 2001 Chrysler PT Cruiser Sp... | SOVEREIGN BANK | ✓ | | | ✓ |

Date: \_\_\_\_\_ OCTOBER 14, 2005 _____

/s/ HECTOR MATTHEWS

Signature of Debtor      HECTOR MATTHEWS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____

Printed or Typed Name of Bankruptcy Petition Preparer

_____

Social Security No.
(Required by 11 U.S.C. § 110(c).)

_____

_____

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____    _____

Signature of Bankruptcy Petition Preparer       Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. §156.*

B203
12/94

# United States Bankruptcy Court
### EASTERN DISTRICT OF NEW YORK

In re HECTOR MATTHEWS

Case No. _____

Chapter _____ 7 _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........................………………………….. $ _____ 910 _____

Prior to the filing of this statement I have received ........…………….............. $ _____ 910 _____

Balance Due ...............................………………………………………….............. $ _____ 0 _____

2.    The source of compensation paid to me was:

☐ Debtor          ☑ Other (specify)    None

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐    I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
All other services not mentioned in the above paragraph 5.

<div style="text-align:left; font-size:smaller;">Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30358</div>

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____ OCTOBER 14, 2005 _____          /s/ Jeffrey B. Peltz _____
                Date                                   Signature of Attorney

                                             Jeffrey B. Peltz, PC _____
                                           Name of law firm

Form 7
(12/03)

# FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF NEW YORK

In Re    HECTOR MATTHEWS                       Case No. _____

                (Name)                                                   (if known)

                Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from
☐      operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

      AMOUNT                        SOURCE (if more than one)

   2005        8,330      SELF EMPLOYED

   2004      13,000      SELF EMPLOYED

   2003      12,500      SELF EMPLOYED

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

**2.  Income other than from employment or operation of business**

None    State the amount of income received by the debtor other than from employment, trade, profession, or operation
☒    of the debtor's business during the two years immediately preceding the commencement of this case.  Give
    particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under
    chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the
    spouses are separated and a joint petition is not filed.)

    AMOUNT                                SOURCE

**3.  Payments to Creditors**

None    a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more
☒    than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married
    debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a
    joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None    b.    List all payments made within one year immediately preceding the commencement of this case to or for
☒    the benefit of creditors, who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
    include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
    separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year
☐    immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13
    must include information concerning either or both spouses whether or not a joint petition is filed, unless the
    spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| GOLD KEY LEASE, INC. VS. THE SPORTS SPECTRUM HECTOR R. MATTHEW INDEX # 315867/2003 | CAR LOAN DEFICENCY | CIVIL COURT OF THE CITY OF NEW YORK KINGS COUNTY | SUMMONS SERVERD |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

None
☒
  b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
☒
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and Receiverships**

None
☒
  a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒
  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.    Gifts**

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒    case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
family member and charitable contributions aggregating less than $100 per recipient.    (Married debtors filing
under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.    Losses**

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒    commencement of this case or since the commencement of this case.    (Married debtors filing under chapter 12
or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐    for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Jeffrey B. Peltz<br>Jeffrey B. Peltz, PC<br>26 Court Street, Suite 2707<br>Brooklyn, NY 11242 | | THE TOTAL AMOUNT PAID INCLUDING COURT FILING FEES IS $910 |

**10.    Other transfers**

None    List all other property, other than property transferred in the ordinary course of the business or financial affairs
☒    of the debtor, transferred either absolutely or as security within one year immediately preceding the
commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include transfers by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11.  Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None ☒

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

**18.  Nature, location and name of business**

None

☐

a.        If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| THE SPORT SPECTRUM | 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 | 216 WAKEMAN PLACE BROOKLYN, NY  11220 | HEALTH AND SAFETY TRAINNING | MAY 1998 TO PRESENT |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☐

NAME                                                                                    ADDRESS

N/A

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None

☐

a.        List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

HECTOR MATTHEWS
216 WAKEMAN PLACE
BROOKLYN, NY  11220

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30358

None
☐

b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                           ADDRESS                      DATES SERVICES RENDERED

**N/A**

None
☐

c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

HECTOR MATTHEWS                    216 WAKEMAN PLACE
                                                   BROOKLYN, NY  11220

None
☐

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                              DATE
                                                            ISSUED

        **N/A**

### 20. Inventories

None
☐

a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR         DOLLAR AMOUNT OF INVENTORY
                                                                            (Specify cost, market or other basis)

        **N/A**

None
☐

b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                        NAME AND ADDRESSES OF CUSTODIAN OF
                                                              INVENTORY RECORDS

        **N/A**

### 21. Current Partners, Officers, Directors and Shareholders

None
☐

a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST            PERCENTAGE OF INTEREST

        **N/A**

None  b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                          TITLE                    NATURE AND PERCENTAGE OF
                                                                    STOCK OWNERSHIP

N/A

22.  **Former partners, officers, directors and shareholders**

None  a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NAME                              ADDRESS                    DATE OF WITHDRAWAL

N/A

None  b.    If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                    DATE OF TERMINATION

N/A

23.  **Withdrawals from a partnership or distribution by a corporation**

None  If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS OF              DATE AND PURPOSE              AMOUNT OF MONEY OR
RECIPIENT, RELATIONSHIP          OF WITHDRAWAL                DESCRIPTION AND
TO DEBTOR                                                     VALUE OF PROPERTY

N/A

24.  **Tax Consolidation Group**

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION              TAXPAYER IDENTIFICATION NUMBER (EIN)

N/A

**25.   Pension Funds**

None     If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☐       which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
         immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

N/A

\*     \*     \*     \*     \*     \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct.

Date    OCTOBER 14, 2005                 Signature      /s/ HECTOR MATTHEWS
                                          of Debtor      HECTOR MATTHEWS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have
provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer             Social Security No.
                                                                  (Required by 11 U.S.C. § 110(c).)


Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X
Signature of Bankruptcy Petition Preparer                         Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*
*11 U.S.C. § 110; 18 U.S.C. §156.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    0   continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

ALLEN & ROSENTHAL
111 LIVINGSTON STREET 11TH FLOOR
BROOKLYN, NY 11201


AMERICAN EXPRESS
C/O BECKETT AND LEE LLP
PO BOX 3024
MALVERN, PA 19355-0701


AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE FL 33336-0002


AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE FL 33336-0002


ARROW FINANCIAL SERVICES
PO BOX 469005
CHICAGO IL 60646-9005


AT&T WIRELESS
16331 NE 72ND WAY
REDMOND, WA 98052


BANK OF AMERICA
PO BOX 45224
JACKSONVILLE, FL 32232-5224


CAPITAL ACQUISITIONS & MANAGEMENT
COMPANY
PO BOX 5087
ROCKFORD IL 61125-0087


CAPITAL ONE
(BANKRUPTCY DEPARTMENT)
PO BOX 85167
RICHMOND, VIRGINIA 23285-5167


CHASE
PO BOX 15583
WILMINGTON, DE 19886-1194

CITIBANK
PO BOX 790114
ST LOUS, MO 63179-0114


COLLECTECH SYSTEMS INC.
CONSUMER SERVICE DEPARTMENT
PO BOX 4157
WOODLAND HILLS CA 91365


COLONIAL CREDIT, LLC
207 QUAKER LANE
WEST WARWICK, RI 02893


COLORADO CAPITAL INVESTMENTS, INC.
305 NORTHEAST LOOP 820, STE. 404
HURST, TX 76053


COLUMBIA HOUSE
PO BOX 1114-1400 N.
FRUITRIDGE AVENUE
TERRE HAUTE IN 47811


CREDIGY RECEIVABLES
3950 JOHNS CREEK CT STE
SUWANEE, GA 30024


DIRECT MERCHANTS BANK
(DELINQUENT ACCOUNT PROCESSING)
PO BOX 550680
JACKSONVILLE, FL 32255-4150


DISCOVER
PO BOX 15251
WILMINGTON, DE 19886-5251


FIRST RESOLUTION INVESTMENT CORP.
PO BOX 34000
SEATTLE, WA 98124-1000
REF # 94769


GC SERVICES LIMITED PARTNERSHIP
COLLECTION AGENCY DIVISION
6330 GULFTON
HOUSTON, TX 77081

GOLD KEY LEASE, INC
580 WHITE PLAINS RD.
5TH FLOOR
TARRYTOWN, NY 10591


HOUSEHOLD
(BANKRUPTCY DEPARTMENT)
PO BOX 9055
BRANDON, FL 33509


LAW OFFICE OF MITCHELL N. KAY
PO BOX 9006
SMITHTOWN NY 11787-9006
REF # 49015182-11


LENAHAN LAW OFFICE
PO BOX 990
BUFFALO, NY 14207
REF # 150765


MACY'S
PO BOX 8135
MASON, OH 45040


MONOGRAM BANK
(JC PENNEY)
P.O. BOX 981133
EL PASO, TX 79998-1133


MRS ASSOCIATES INC
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002
REF # 4415852


NATIONAL ASSET MANAGEMENT
ENTERPRISES, INC
PO BOX 724747
ATLANTA, GA 31139


NCO FINANCIAL SYSTEMS II LLC
PO BOX 8180, DEPT 07
PHILADELPHIA, PA 19101-8180

NEW YORK STATE DEPARTMENT
OF TAXATION AND FINANCE
QUEENS DISTRICT OFFICE
KEW GARDENS, NY 11415


NORTHLAND GROUP, INC.
7831 GLENROY RD. SUITE # 350
EDINA, MN  55439
REF # F3037361


NORTHLAND GROUP, INC.
7831 GLENROY RD. SUITE # 350
EDINA, MN  55439
REF # F6479363


PIONEER CREDIT RECOVERY INC.
SUITE 29
2221 NIAGARA FALLS BLVD.
NIAGARA FALLS NY 14304-5717


PROVIDIAN
P.O. BOX 99604
ARLINGTON TX 76096-9604


RUBIN & ROTHMAN, LLC
1787 VETERANS HIGHWAY
ISLANDIA  NY  11749


SEARS
COLLECTION DEPARTMENT
PO BOX 182532
COLUMBUS, OH 43218-2532


SOVEREIGN BANK
P.O. BOX 12646
READING, PA 19612


SPRINT PCS
P.O. BOX 8077
LONDON, KY 40742


STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
120 BROADWAY
NEW YORK, NY  10271

STEWART & ASSOCIATES, PC.
PO BOX 723848
ATLANTA, GA 31139


SUNRISE CREDIT SERVICES
2174 JACKSON AVENUE
SEAFORD  NY  11783


WOLPOFF & ABRAMSON LLP
TWO IRVINGTON CENTRE
702 KING FARM BLVD.
ROCKVILLE, MARYLAND 20850-5775


WORLDWIDE ASSET MANAGEMENT, LLC
PO BOX 672047
MARIETTA GA 30006

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re    HECTOR MATTHEWS                              ,
                            Debtor

Case No. _____

Chapter      7

**VERIFICATION OF LIST OF CREDITORS**

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 5 pages, is true,

correct and complete to the best of my knowledge.

Date     OCTOBER 14, 2005                    Signature     /s/ HECTOR MATTHEWS
                                              of Debtor
                                                           HECTOR MATTHEWS

Jeffrey B. Peltz
Jeffrey B. Peltz, PC
26 Court Street, Suite 2707
Brooklyn, NY 11242
(718) 625-0800
(718) 624-5386

B 201  (11/03)

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal
Bankruptcy Code under which you may file a bankruptcy petition.  The bankruptcy law
is complicated and not easily described.  Therefore, you should seek the advice of an
attor- ney to learn of your rights and responsibilities under the law should you decide to
file a petition with the court.  Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($209 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.  Under chapter 7 a trustee takes possession of all your property.  You may claim certain of your property as exempt under
governing law.  The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the
Bankruptcy Code.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have com-
mitted certain acts of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the pur-
pose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a discharge, there are some debts that are not discharged under the law.  Therefore, you may still be respon-
sible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or per-
sonal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest.  Your attorney can
explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($194 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay
them in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set
forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using
your future earnings.  Usually, the period allowed by the court to repay your debts is three years, but no more than five years.  Your
plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to
make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans,
certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from
alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors.  Its provisions are
quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer  ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways
similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a
family-owned farm.

I, the debtor, affirm that I have read this notice.

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30358

OCTOBER 14, 2005      /s/ HECTOR MATTHEWS

| Date | Signature of Debtor | Case Number |
|---|---|---|

**WHITE-DEBTOR COPY**          **PINK-COURT COPY**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

<u>In re:</u>

HECTOR MATTHEWS                <u>Case No. 1-04-24534-jf</u>
                               <u>Chapter  7</u>

_____    <u>Debtor(s)</u>

## STATEMENT PURSUANT TO LOCAL RULE 2017-1

Jeffrey B. Peltz, an attorney duly admitted to practice in this court, states:

1.    That I am attorney with the law firm of Jeffrey B. Peltz P.C., the law firm representing the above said debtor(s).

2.    That prior to the filing of the petition herein, our law firm rendered the following services to the above named debtor(s).

| DATE | SERVICE | TIME |
|------|---------|------|
| | Initial interview analyses of financial | 2 Hours |
| OCTOBER 14, 2005 | Condition, etc. Orientation regarding Chapter 7 Bankruptcy | |
| OCTOBER 14, 2005 | Preparation of papers | 3 Hours |
| 10/14/05 | Second interview to review papers | 1 Hour |

.    The law firm will represent the debtor(s) at the 341 hearing.

.    That my usual rate of compensation on bankruptcy matters is on per service basis, not an hourly basis.


Date <u>10/14/05</u>               <u>/s/ Jeffrey B. Peltz</u>
                               Jeffrey B. Peltz, Esq.
                               Attorney for debtor(s)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

**In re:**

HECTOR MATTHEWS

**Case No.** _____
**Chapter  7**


_____ **Debtor(s)**

## INSERT NAME OF FORM HERE

**www.nyeb.uscourts.gov**


**STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)**


**DEBTOR(S):HECTOR MATTHEWS**

      **CASE NO.: _____**

      **Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:**

**[NOTE:  Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-2 if the earlier cases was pending at any time within six years before the filing of the new petition, and the debtors in such cases:  (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C.  S 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C.  S 541(a).]**


**_X__  NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**


**____ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

    **1.  Case No.: _____ Judge: _____ Dis./Div.:_____**

**Case Still Pending (Y/N):  _____  (If closed) Date of Closing: _____**

**CURRENT STATUS OF RELATED CASE: _____**

                  **Discarged/awaiting discharge,**

**Confirmed, dismissed, etc.)**

**MANNER IN WHICH CASES ARE RELATED  (Refer to NOTE above):**_____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" (REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE;**_____
_____
_____

   **2.   Case No.:**_____ **Judge:**_____ **Dis./Div.:**_____

**Case Still Pending (Y/N):**_____   **(If closed) Date of Closing:** _____

**CURRENT STATUS OF RELATED CASE:**_____
                  **(Discharged/awaiting discharge, Confirmed, dismissed, etc.)**

**MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above):**_____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:**_____

   **3.   Case No.:**_____ **Judge:** _____ **Dist./Div.**_____

**Case Still Pending(Y/N):** _____ **[If closed] Date of Closing:** _____

**CURRENT STATUS OF RELATED CASE:**_____
                  **(Dischrged/awaiting discharge, confirmed, dismissed, etc.)**

**MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above):**_____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:**_____
_____
_____

**NOTE;  Pursuant to 11 U.S.C.  S 109(G), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.**

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

**I am admitted to practice in the Eastern District of New York (Y/N):   __YES_____**

**CERTIFICATION (to be signed by pro se debtor/petitioner's attorney, as applicable):**

**I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.**

**__/s/ Jeffrey B. Peltz_____**               _____
**Signature of Debtor's Attorney**            **Signature of Pro Se Debtor/Petitioner**

                                                                  _____
                                                                  **Mailing Address of Debtor/Petitioner**

                                                                  _____
                                                                  **City, State, Zip Code**

                                                                  _____
                                                                  **Area Code and Telephone Number**

**Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may be subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.**

**NOTE:  Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.**